UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS LAMAR GOGGINS,

    Petitioner,

v.                                      CASE NO. 1:18cv104-MCR-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 23, 2020. ECF No. 26. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order.

2.  The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of February 2020.

       *s/ M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**